William H. Hale, Appellant, v. John P. Worstell and Joseph P. McNamara. Respondents, Impleaded with Others.— We think there was power at the Special Term to make the order appealed from, but that the discretion was not judiciously exercised in this case. No injury can occur by respecting the judgment of the Special Term and of this court pending the appeal to the Court of Appeals, and it does not appear to us as a proper case for suspending its operation. Order reversed, with ten dollars costs and disbursements, and motion denied, with costs. Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ., concurred.

Frederick J. Hamilton, Appellant, v. Wolf Scher, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ.

Margaret E. Hanlon, Respondent, v. Central Railroad Company of New Jersey, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Bartlett, Jenks, Hooker and Miller, JJ.

James W. Haviland, as Administrator, etc., of Elizabeth J. Haviland, Deceased, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Frank M. Hardenbrook, Respondent, v. New York City Railway Company, Appellant.— The confused state of this record makes it impossible to understand in what form the learned trial justice intended to settle the case on appeal. It is, therefore, proper that it should go back to him for a resettlement. The order appealed from is reversed, and the case on appeal remitted for settlement, without costs. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

Patrick J. Hatton and Charlotte A. Carey, Respondents, v. The Supreme Council Catholic Benevolent Legion, Appellant.— Judgment affirmed, with costs, on the authority of Beach v. Supreme Tent K. of M. (177 N. Y. 100). Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ., concurred.

Erdwin G. Hertzel, Respondent, v. Westchester Electric Railroad Company, Appellant. — Judgment of the City Court of Mount Vernon modified by striking out the provision for an extra allowance on the ground of want of authority in the trial court to grant the same, and judgment as modified and order unanimously affirmed, without costs. No opinion. Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ.

Willet Hicks, Respondent, v. Lorin J. Eggleston, Chairman, and Others, Members, Composing the Board of Supervisors of the County of Dutchess, and Allen H. Hoffman, Sheriff of the County of Dutchess, Appellants.— Order reversed, with ten dollars costs and disbursements, on the ground that the facts disclosed by the motion papers clearly establish the right of the defendants to be apprised of the items which the plaintiff intends to assail as fraudulent upon the trial. Motion for bill of particulars granted, with costs. Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ., concurred.

Kate A. Hobby, Respondent, v. Westchester Electric Railroad Company, Appellant.— Judgment of the City Court of Mount Vernon modified by striking out the provision for an extra allowance on the ground of want of authority in